## (September 11, 1958)

■ URSULA C. DI FIORE v. JOHN A. DI FIORE.— Motion for stay granted on condition that appellant continues to pay to the plaintiff-respondent the sum of $110 per week as provided in the order to show cause herein pending the determination of this appeal, and further provided that the defendant-appellant procures the record on appeal and appellant's points to be served and filed on or before October 15, 1958, with notice of argument for the November 1958 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ JAMES B. CAREY, as President, v. GENERAL ELECTRIC COMPANY.— Motion for stay granted upon condition that the appellant perfects its appeal for argument or submission on September 23, 1958. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

## (September 12, 1958)

■ In the Matter of TERMINAL AUXILIAR MARITIME, S. A. WINKLER CREDIT CORPORATION et al.— Motion for stay granted on condition that appellant serves and files the record on appeal and appellant's points on or before September 25, 1958, with notice of argument for October 7, 1958. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ ABRAHAM ARONSON et al., Appellants, v. EDWARD T. McCORMICK, as President of The American Stock Exchange, et al., Respondents, and EDWARD M. GILBERT, Intervenor-Respondent.— Order unanimously affirmed, without costs. Concur — Botein, P. J., Breitel, Rabin, Frank and McNally, JJ.

## (September 16, 1958)

■ In the Matter of the Final Accounting of MEYER LICHT, Respondent, as Committee of JOHN L. TRAVERS, an Incompetent Person. FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of the Arbitration between REDMAN PROCESS AMERICAN CORPORATION, Respondent, and EDWIN F. JAMES et al., Appellants.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ MORRIS CUTLER et al., Appellants, v. MONARCH NOVELTY CORP. et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondent, Monarch Novelty Corp. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ PEGGY THOMPSON, Respondent, v. WISE SHOE STORES, INC., Appellant, et al., Defendants.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion to dismiss the action for failure to prosecute granted, with $10 costs, and judgment is directed to be entered in favor of the defendant, Wise Shoe Stores, Inc., dismissing the complaint, for failure to prosecute, with costs. The excuse offered for the delay is inadequate. (Moshman v. City of New York, 3 A D 2d 822.) Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.